Opinion issued May 24, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00588-CV






HENRI ABIODUN LAGOYE, Appellant


V.


MARC PINA, Appellee






On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 2005-20543






MEMORANDUM OPINION Appellant, Henri Abiodun Lagoye, has failed to timely file a brief. See Tex.
R. App. P. 38.8(a). After being notified that this appeal was subject to dismissal,
appellant did not adequately respond. See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

 Accordingly, we dismiss the appeal for want of prosecution for failure to timely
file a brief. We deny all pending motions.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.